342 F.2d 755
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
ESTATE of Nathan GLADSTONE, d/b/a Fassetts Bakery, Respondent.
 No. 382, Docket 29334.
 United States Court of Appeals Second Circuit.
 Argued March 17, 1965.
Decided March 18, 1965.
 
 Michael N. Sohn, N.L.R.B. (Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Warren M. Davision, N.L.R.B., Washington, D.C., on the brief), for petitioner.
 Paul D. Sheehey, Burlington, Vt., for respondent.
 Before LUMBARD, Chief Judge, and MOORE and MARSHALL, Circuit Judges.
 PER CURIAM:
 
 
 1
 We grant enforcement to the order of the National Labor Relations Board, reported at 147 N.L.R.B. No. 54 (1964). The Board's finding that the respondent violated 8(a)(1) and (3) of the National Labor Relations Act, 29 U.S.C. 158(a)(1) and (3), is supported by the record.